MATANZO, DEMANDANTE Y APELADO, *v.* VIZCARRONDO,
DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Primer Distrito, en pleito sobre *injunction* para recobrar
la posesión de propiedad inmueble.

No. 2562.—Resuelto en marzo 27, 1922.

*Injunction* PARA RECOBRAR LA POSESIÓN—DESCRIPCIÓN DEL TERRENO DE QUE HA
SIDO DESPOSEÍDO EL DEMANDANTE—CAUSA DE ACCIÓN.—Para que las alega-
ciones de una demanda de interdicto para recobrar la posesión sean suficien-
tes para determinar una causa de acción, es necesario que describan la por-
ción de terreno de que ha sido desposeído el demandante por el demandado,
de modo que pueda dictarse una sentencia de acuerdo con ella y que pueda
ser, cumplida por el oficial ejecutivo de la corte. Sin tal especificación no
podría saber dicho funcionario la porción de terreno cuya posesión debe res-
tituir al demandante.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. P. Amado Rivera.*
Abogado del apelado: *Sr. J. Martínez Dávila.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

Se trata en este caso de una demanda de interdicto para
recobrar la posesión en la que se alega por el demandante
que es dueño de cierta finca que describe y cuya posesión
tiene, en la que el demandado está fabricando una casa sin
su consentimiento y autorización por lo que solicita del tri-
bunal que ordene al demandado que la destruya y que en
lo sucesivo se abstenga de perturbar al demandante en su
posesión.

Alega el demandado en este recurso de apelación contra
la sentencia que lo condenó que la corte erró al declarar sin
lugar la excepción previa que opuso contra la demanda de
no aducir hechos determinantes de causa de acción porque
no describe la porción de terreno de la finca que el deman-
dado está ocupando con la casa que construye de modo que

en caso de ejecución de la sentencia que se pide pueda ser identificada sin dificultad alguna.

Para que las alegaciones de una demanda de interdicto para recobrar la posesión sean suficientes para determinar una causa de acción es necesario que describa la porción de terreno de que ha sido desposeído por el demandado, de modo que pueda dictarse una sentencia de acuerdo con ella y que pueda ser cumplida por el oficial ejecutivo de la corte. Sin tal especificación no podría saber dicho funcionario la porción de terreno cuya posesión debe restituir al demandante. *Del Valle* v. *Rivera,* 23 D. P. R. 634; *Mejía* v. *Suárez,* 27 D. P. R. 317. Tal alegación es también necesaria para que el demandado sepa de qué tiene que defenderse, pues si bien por ser en este caso pequeña la finca y por alegarse que el terreno lo ocupa el demandado con la casa que estaba fabricando pudiera saber el demandado la porción de terreno a que se refiere el demandante, sin embargo la regla debe ser la misma que si se tratara de una finca de gran extensión y de actos que no sean los de fabricar una casa.

En consecuencia de lo expuesto y toda vez que la demanda no describe la porción de terreno ocupada por el demandado, entendemos que al no sostener la corte inferior la excepción previa alegada por el demandado cometió error y que debe ser revocada la sentencia apelada para ulteriores procedimientos.

> *Revocada la sentencia apelada, y devuelto el caso para ulteriores procedimientos.*

Jueces concurrentes: Sres. Presidente del Toro, y Asociados Wolf y Hutchison.